[No. 11550–6–II.  Division Two.  February 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. DELBERT L. FLANIGAN, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00555–0, Milton R. Cox, J., entered October 22, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 11701–1–II.  Division Two.  February 6, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL C. READER, *Appellant.*

Appeal from a judgment of the Superior Court for Clallam County, No. 86–1–00038–0, Grant S. Meiner, J., entered January 15, 1988. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.

[No. 8564–3–III.  Division Three.  February 7, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY E. TEAL, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 87–8–00091–4, John G. Carroll, J. Pro Tem., entered April 29, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green and Munson, JJ.